

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tabetha Christian Evans, Appellant

No. 06-17-00204-CR        v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42,819-B).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Tabetha Christian Evans, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 13, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk